■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT BOLKOSKY, Appellant.— Judgment, and the order entered following hearing as to voluntariness of statements made by defendant as ordered by this court (24 A D 2d 550), unanimously affirmed. (Appeal by defendant from judgment of Supreme Court, Wayne County, and a jury, convicting defendant of

484

manslaughter, second degree.) Present — Williams, P. J., Goldman, Henry and Del Vecchio, JJ.